

**Alicia Racanelli, CSR**
Official Court Reporter
201st Judicial District Court
Room 327
1000 Guadalupe Street
Austin, Texas 78701

Phone: (512) 854-4028
Fax: (512) 854-2268

February 12, 2015

Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2457

Re: Court of Appeals No. 03-15-00081-CV
Trial Court Cause No. D-1-GN-14-000189

Style: *Miriam Jaimes*
      *v.*
      *Access Orthodontics of East 7th Streeet, P.A.*

Dear Mr. Kyle,

I received notice that a Notice of Appeal was filed in the above-referenced cause number. I did take a record of the hearing, but I have not received a request to transcribe the Reporter's Record.

If you need any further information or have any questions, please do not hesitate to call or e-mail me at alicia.racanelli@traviscountytx.gov.

Very truly yours,

/s/ Alicia Racanelli

Alicia Racanelli
Official Court Reporter
201st District Court